UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24643-UU

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

AVIS BUDGET GROUP, INC.,

    Defendant.
_____/

# ~~PROPOSED~~ ORDER SCHEDULING MEDIATION

The mediation in this matter shall be held with JOSEPH L. HUSS on June 6, 2018 at 10:00 a.m. at 800 Brickell Avenue, Suite 1501, Miami, FL 33131.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of April, 2018.

HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record