UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24643-UU

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

      Plaintiff,

vs.

AVIS BUDGET GROUP, INC.,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDRES GOMEZ and Defendant, AVIS BUDGET GROUP, INC., by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action without prejudice, as the parties have amicably settled this matter.  Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 23rd day of April, 2018.

| | |
|---|---|
| /s/ Jessica L. Kerr | /s/ Ana M. Barton |
| Jessica L. Kerr, Esquire | Ana M. Barton, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 85721 |
| **The Advocacy Group** | **Reed Smith LLP** |
| 200 S.E. 6th Street, Suite 504 | 1001 Brickell Bay Drive, Suite 900 |
| Fort Lauderdale, FL 33301 | Miami, Florida 33131 |
| Telephone: (954) 282-1858 | Telephone: (786) 747-0200 |
| Email: service@advocacypa.com | Email: abarton@reedsmith.com |
| *Counsel for Plaintiff* | *Counsels for Defendant* |
| | |
| | and |

-2-

/s/ James L. Rockney
James L. Rockney, Esquire
Pennsylvania Bar No. 200026
**Reed Smith LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-4046
Email: JRockney@reedsmith.com
*Counsels for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2018, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Jessica L. Kerr
Jessica L. Kerr, Esquire
Florida Bar No. 92810