UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24643-UU

ANDRES GOMEZ,

    Plaintiff,

v.

AVIS BUDGET GROUP, INC,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice (the "Stipulation"). D.E. 23.

THE COURT has considered the Motion, pertinent portions of the record and is otherwise fully advised in the premises.  On April 23, 2018, the Parties filed a Joint Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). D.E. 23. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of April, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf